U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 1 2 2015

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO. 2:15CR00046-01 |
| | * 18 U.S.C. § 2242(2) |
| VERSUS | * JUDGE MINALDI |
| | * MAGISTRATE JUDGE KAY |
| MAURICE ANTUAN SPEIGHT | * |

### INDICTMENT

THE FEDERAL GRAND JURY CHARGES:

#### COUNT 1

#### SEXUAL ABUSE

#### 18 U.S.C. § 2242(2)

On or about the 20th day of October, 2013, within the special territorial jurisdiction of the United States at Fort Polk Military Base, the defendant, MAURICE ANTUAN SPEIGHT, did knowingly cause and attempt to cause an adult female to engage in a sexual act as defined in Title 18 United States Code, Section 2246, who was, as the defendant well knew, at that time incapable of appraising the nature of the conduct, physically incapable of declining participation in the sexual act, and physically incapable of communicating unwillingness to

engage in the aforementioned sexual act, all in violation of Title 18, United States Code, Section 2242(2). [18 U.S.C. § 2242(2)].

A TRUE BILL:

_____
FOREPERSON: FEDERAL GRAND JURY

STEPHANIE A. FINLEY
United States Attorney

By: _____
JOHN LUKE WALKER, ID NO. 18077
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: (337) 262-6618