# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 13, 2020

Mr. Tony R. Moore
Western District of Louisiana, Lake Charles
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

    No. 19-30317    USA v. Maurice Speights
                         USDC No. 2:18-CV-1072
                         USDC No. 2:15-CR-46-1

Dear Mr. Moore,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Allison G. Lopez, Deputy Clerk
                                      504-310-7702

cc:  Ms. Camille Ann Domingue
     Mr. Maurice Antuan Speights

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 19-30317

D.C. Docket No. 2:18-CV-1072

United States Court of Appeals
Fifth Circuit
**FILED**
May 19, 2020
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

MAURICE ANTUAN SPEIGHTS,

    Defendant - Appellant

Appeal from the United States District Court for the
Western District of Louisiana

Before HAYNES, GRAVES, and ENGELHARDT, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal.

It is ordered and adjudged that the judgment of the District Court is affirmed.



**Certified as a true copy and issued
as the mandate on Jul 13, 2020

Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 19-30317

United States Court of Appeals
Fifth Circuit
**FILED**
May 19, 2020
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

        Plaintiff-Appellee

v.

MAURICE ANTUAN SPEIGHTS,

        Defendant-Appellant

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:18-CV-1072
USDC No. 2:15-CR-46-1

Before HAYNES, GRAVES, and ENGELHARDT, Circuit Judges.

PER CURIAM:[*]

    Maurice Antuan Speights, federal prisoner # 23322-017, was convicted by jury verdict of sexual abuse of a person who was mentally or physically unable to decline and was sentenced to 121 months of imprisonment, five years of supervised release, and $3,570 restitution. He moves for a certificate of appealability (COA) to appeal the denial of his motion to alter or amend judgment, pursuant to Federal Rule of Civil Procedure 59(e), in which he

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Case: 19-30317    Document: 00515486084    Page: 2    Date Filed: 07/13/2020
Case 2:15-cr-00046-DEW-KK   Document 87   Filed 07/13/20   Page 4 of 4 PageID #: 555

No. 19-30317

argued that the district court erred by denying his 28 U.S.C. § 2255 motion without conducting an evidentiary hearing. He repeats those arguments from his Rule 59(e) motion before us and does not challenge his underlying claims directly. His motion for appointment of counsel is denied.

A COA is not required to appeal the denial of an evidentiary hearing in a § 2255 proceeding. *See Norman v. Stephens*, 817 F.3d 226, 234 (5th Cir. 2016). We therefore construe Speights's motion for a COA as a direct appeal of that issue. Because the record established that Speights could not prove a necessary element to establish ineffective assistance of counsel, the district court did not abuse its discretion by denying his § 2255 motion without conducting an evidentiary hearing. *See United States v. Walker*, 68 F.3d 931, 934 (5th Cir. 1995).

AFFIRMED; MOTIONS FOR A COA AND APPOINTMENT OF COUNSEL DENIED.